# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132775 & (33)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JEFFREY THOMAS COE,
      Defendant-Appellant.

SC: 132775
COA: 269499
Genesee CC: 02-009593-FC;
02-009739-FC; 02-009740-FC

_____/

      On order of the Court, the application for leave to appeal the October 26, 2006 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2007

                               Clerk

d0521